UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLOW MIDWIFE CENTER FOR BIRTH AND WELLNESS AZ, LLC, and WILLOW MIDWIFE CENTER FOR BIRTH AND WELLNESS AZ CENTRAL, LLC, <br><br>      Plaintiffs, <br>  v. <br><br>INNOVATION BILLING SERVICE, INC., REVASCENT, LLC and MEDICAL PRACTICE MANAGEMENT & CONSULTING, LLC, <br><br>      Defendants. | Case No. 3:24-cv-30150 |

**DEFENDANT REVASCENT, LLC'S RULE 12(b)(6) MOTION TO DISMISS COUNTS II AND III OF FIRST AMENDED COMPLAINT**

NOW COMES Defendant Revascent, LLC ("Revascent"), by and through counsel, McAngus Goudelock & Courie, LLC, and for its Rule 12(b)(6) Motion to Dismiss Counts II and III of Plaintiffs Willow Midwife Center for Birth and Wellness AZ, LLC and Willow Midwife Center for Birth and Wellness AZ Central, LLC's (collectively, "Willow") First Amended Complaint, states as follows:

For the reasons more fully set forth in the accompanying Memorandum in Support of Defendant Revascent, LLC's Rule 12(b)(6) Motion to Dismiss Counts II and III of First Amended Complaint, Counts II and III should be dismissed for failure to state legally cognizable claims. More specifically, Count II fails to meet the requirements for a claim under M.G.L.A. 93A §§ 2, 11; and Count III fails to meet the heightened pleading standard of Fed. R. Civ. P. 9(b). As such, this Court should dismiss Counts II and III pursuant to Rule 12(b)(6).

1

Respectfully submitted,
REVASCENT, LLC
By its attorney,

*/s/ John G. O'Neill*
John G. O'Neill (BBO NO. 630272)
MCANGUS, GOUDELOCK & COURIE, LLC
53 State Street, Suite 1305
Boston, MA 02109
(617) 830-7439
*john.oneill@mgclaw.com*

Deirdre A. Close (*pro hac vice*)
CROKE FAIRCHILD DUARTE & BERES, LLC
191 N. Wacker Drive, 31st Floor
Chicago IL, 60606
(312) 402-5943
*dclose@crokefairchild.com*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed this document with the Clerk of the United States District Court for the District of Massachusetts on this 4th day of April 2025 by using the CM/ECF system, with service made on all parties to this Action through their registration in the CM/ECF system.

*Attorney for Plaintiffs*
Willow Midwife Center For Birth and Wellness AZ, LLC
and Willow Midwife Center for Birth and Wellness AZ Central, LLC
Christina S. Marshall (BBO #688348)
Austin P. Anderson (BBO # 696414)
Jared D. Kadich (BBO # 707339)
ANDERSON & KREIGER, LLP
50 Milk Street, 21st Floor
Boston, MA 02109
(617) 621-6500
cmarshall@andersonkreiger.com
aanderson@andersonkreiger.com
jkadich@andersonkreiger.com

*Attorney for Innovation Billing Service, Inc.*
Gerald S. Frim
Klevan Law Office, PC
1340 Centre Street, Suite 103
Newton Centre, MA 02459
Tel.: (617)244-9000
Mobile: (857)234-0725
gfrim@klevanlaw.com

                                            */s/ John G. O'Neill*
                                            John G. O'Neill